UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODY CARTER,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD et al.,<br><br>          Defendants. | Case No. 10cv1072-IEG (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR A PROTECTIVE ORDER WITH MODIFICATIONS**<br><br>**[ECF No. 21]** |

On October 20, 2010, the parties filed a joint motion requesting that the Court enter the parties' Stipulated Protective Order. ECF No. 21. The Court has considered the Stipulated Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modifications:

1) Paragraph G shall read: If Confidential Material is included in any papers to be filed in court, such papers shall be labeled "CONFIDENTIAL- SUBJECT TO COURT ORDER" and the party seeking to use the Confidential Material shall move to have it filed under seal. However, no documents may be filed under seal without explicit Court authorization. In that respect, a party must file a "public" version of any document that it seeks to file under seal. In the public version, the party may redact only that information that is deemed "Confidential" or "For Counsel Only" (or "Attorneys' Eyes Only"). The party should file the redacted document(s) simultaneously with a joint motion or *ex parte* application requesting

that the confidential portions of the document(s) be filed under seal.  A party should submit the unredacted document(s) directly to chambers.

    2) Paragraph K is modified in that the Court only will "retain jurisdiction to resolve any dispute concerning the use of information disclosed hereunder" for one year after the final resolution of this action.

**IT IS SO ORDERED**.

DATED:  October 26, 2010

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge