UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CODY CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CARLSBAD et al.,<br><br>    Defendants. | Case No. 10cv1072-IEG (BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

    On March 11, 2011, Plaintiff filed an *ex parte* motion for an extension of time in which to complete certain discovery. ECF No. 48. Defendants opposed the motion on March 18, 2011 [ECF No. 53], and Plaintiff filed a reply brief on March 23, 2011 [ECF No. 56]. Also on March 11, 2011, the parties simultaneously filed briefs regarding whether or not Defendants are required to disclose an additional internal affairs report relating to Officer Meritt. ECF Nos. 44 & 47.

    Having reviewed the briefing on these motions, the Court finds that a hearing is necessary. Counsel for both parties, therefore, are ordered to appear in person before this Court on **April 1, 2011** at **10:00 a.m.** The hearing will be held in **Courtroom A**. Failure to appear may result in the imposition of sanctions.

    Additionally, Plaintiff's counsel contacted the Court yesterday and requested permission to file a motion to compel the deposition of non-party witness Rick Galanos.

Given that discovery in this case closes on April 1, 2011, the Court finds it appropriate to handle this issue on an expedited basis. Accordingly, the parties shall comply with the following briefing schedule:

1. Plaintiff shall file his motion to compel or before **March 25, 2011**; and,

2. Defendants shall file their opposition to Plaintiff's motion on or before **March 30, 2011**.

No reply brief shall be filed. The parties shall be prepared to address this issue during the April 1, 2011 hearing.

**IT IS SO ORDERED.**

DATED: March 24, 2011

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge